IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for Relief from Multiple Service** (the "Motion"), filed March 18, 2005.  The plaintiff seeks clarification regarding service of papers in this action.  Under Rule 5, Fed.R.Civ.P., the plaintiff need only effect service of papers (other than the initial Complaint) upon the United States Attorney for the District of Colorado.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the defendant shall not hereafter include the Regional Counsel for the Department of Veterans Affairs in his Certificates of Service, unless a lawyer from the Regional Counsel's office enters an appearance in this case.

Dated August 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge