IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Response to Motion to Dismiss** [and] **Plaintiff's Motion for Sanctions** (the "Paper"), filed February 2, 2005.  The Paper is both a response to the defendant's motion to dismiss and a motion for sanctions against the defendant.  "A motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper."  D.C.COLO.LCivR 7.2C.  Accordingly, to the extent that the Paper is a motion for sanctions, it is STRICKEN.[1]

SO ORDERED.

Dated August 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

_____

[1]I note that the motion for sanctions does not provide any basis for the imposition of sanctions against the defendant.