**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,
          Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,
          Defendant.

_____

**ORDER**
_____

On August 23, 2005, the Magistrate Judge entered his cumulative Recommendation that Defendant's Motion to Dismiss be granted and that all claims be dismissed except for Plaintiff's claim under the National Environmental Policy Act. The Magistrate Judge noted that the Defendant did not address this claim and therefore made no recommendation regarding it. On September 19, 2005, I entered my Minute Order granting Plaintiff up to and including October 10, 2005, to file objections to the Magistrate Judge's Recommendation. Although filed one day late on October 11, 2005, I will consider "Plaintiff's (interim or draft) Objection to Magistrate Recommendation for Dismissal." On October 7, 2005, Plaintiff filed her Second Motion for Extension of Time to Respond to Magistrate Recommendation, and on November 14, 2005 a Third Motion for Extension of Time to Respond to Magistrate Recommendation. The objections filed on October 11, 2005, are adequate to provide fair and complete *de novo* review of the Magistrate Judge's

recommendation and no further objections are warranted.

On *de novo* review, I conclude that the Magistrate Judge's recommendation is correct. Accordingly it is

ORDERED that Defendant's Motion to Dismiss is GRANTED and all claims are DISMISSED except for Plaintiff's claim under the National Environmental Policy Act.

IT IS FURTHER ORDERED that Plaintiff's Second Motion for Extension of Time and Third Motion for Extension of Time are DENIED.

IT IS FURTHER ORDERED that the above case is re-referred to the Magistrate Judge for further proceedings on the remaining claim.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: December 15, 2005