IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Plaintiff's Separate Motion for Vacation of Hearing Date** (docket entry no. 34, the "Motion"), filed on January 11, 2006.

   IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED: January 12, 2006