**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,
         Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,
         Defendant.
_____

**ORDER**
_____

      This matter is before me upon Plaintiff's Motion filed December 29, 2005 to Alter or Amend Judgment (Doc 27).  In it, Plaintiff seeks to alter or amend the partial judgment of dismissal of all claims except NEPA claims as a result of my order dated December 15, 2005.  Defendant has responded to the motion.

      Although the motion appears to be filed pursuant to Fed.R.Civ.P. 59(e), Plaintiff has failed to set forth what legal authority I failed to consider or how the Court erred in applying the facts to the applicable law.  Plaintiff's motion wholly fails to set forth reason or basis as to why the judgment should be altered or amended.  Accordingly

      IT IS ORDERED that the Motion to Alter or Amend Judgment, Docket #27 filed December 29, 2005, is DENIED.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED: January 26, 2006