IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for Default Judgement** (the "Motion"), filed January 9, 2006.  The Motion is DENIED.

The defendant filed a motion to dismiss on January 13, 2005.  On December 15, 2005, the Court granted the defendant's motion and dismissed all of the plaintiff's claims except her claim under the National Environmental Policy Act ("NEPA").  *Order entered December 15, 2005*.  The plaintiff seeks a default judgment against the defendant on her NEPA claim.  She further seeks a default judgment on claims which she alleges that the Court failed to identify in its analysis of the defendant's motion to dismiss.

The Motion is lacks merit.  Rule 55(a)(1), Fed. R. Civ. P., provides:

> When a party against whom a judgment for affirmative relief is
> sought has failed to plead or otherwise defend as provided by these
> rules and that fact is made to appear by affidavit or otherwise, the
> clerk shall enter the party's default.

The record establishes that the defendants are not, and have never been, in default.

IT IS ORDERED that the Motion is DENIED.

Dated April 13, 2006.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge