IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs,

Defendant.
_____

**ORDER**
_____

This matter is before me on the defendant's **Motion to Dismiss NEPA Claim**, filed January 17, 2006. The plaintiff is proceeding *pro se*. She filed her Complaint on October 15, 2004. In response to the Complaint, the defendant filed a motion to dismiss on January 13, 2005. The motion to dismiss did not address the plaintiff's claim for violation of the National Environmental Policy Act ("NEPA"). On December 15, 2005, the Court dismissed all of the plaintiff's claims except her claim under NEPA. The defendant was granted an extension of time until January 17, 2006, to respond to the Complaint. The defendant filed a motion to dismiss the NEPA claim on January 17, 2006.

Successive motions to dismiss are inefficient and are a drain on the Court's resources. In addition, I have reviewed the Complaint and the parties' NEPA briefs, and it appears that the NEPA claim is not appropriate for summary dismissal. See Haines v. Kerner, 104 U.S. 519, 520-21 (1972) (requiring that the Court liberally construe the pleadings of a *pro se* plaintiff); Committee to Save the Rio Hondo v. Lucero, 102 F.3d 445, 449-50 (10th Cir. 1996) (setting forth

the standard for establishing standing in NEPA cases and stating "[i]n cases reviewing questions of standing under a motion to dismiss, the court presumes general allegations embrace those specific facts necessary to support the claim"). Accordingly,

IT IS ORDERED that the Defendant's Motion to Dismiss NEPA Claim is DENIED as a successive motion.[1]

IT IS FURTHER ORDERED that the defendant shall answer the Complaint on or before **May 4, 2006**.

Dated April 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Because I do not reach the merits of the defendant's Motion to Dismiss NEPA Claim, and because the defendant may raise his arguments regarding the NEPA claim in a proper motion for summary judgment, I need not proceed by recommendation.