**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

       Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

       Defendant.
_____

**ORDER**
_____

       This case is before me on the recommendation of Magistrate Judge Boyd N. Boland that Plaintiff's Motion for Injunctive Relief be denied as moot, issued and served on April 13, 2006.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

       ORDERED that Plaintiff's Motion for Injunctive Relief (Doc 33 - filed January 11, 2006) is DENIED AS MOOT.

                                          BY THE COURT:

                                             s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: May 11, 2006