IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference.  The proposed final pretrial order was refused for the reasons stated on the record.  Consistent with matters discussed this morning:

IT IS ORDERED that the plaintiff's oral motions to recuse and for reasonable accommodation are DENIED as out of order.

IT IS FURTHER ORDERED that the defendant shall file a motion for summary judgment or to transfer the case to the appeals docket on or before **November 17, 2006**.  The motion shall be supported by appropriate evidence.  The defendant shall respond to the motion on or before **December 6, 2006**, including, if appropriate, a motion under Rule 56(f), Fed. R. Civ. P., to continue determination of the motion and to allow discovery that may be necessary to respond to the motion.

IT IS FURTHER ORDERED that the **Plaintiff's Motion to Vacate Final Pretrial Conference Date** [Doc. # 93, filed 10/30/2006] is DENIED as moot in light of the above rulings.

      IT IS FURTHER ORDERED that the final pretrial conference will be rescheduled at a later date, if appropriate.

      Dated October 30, 2006.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge