**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

        Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

        Defendant.
_____

**ORDER**
_____

        This matter is before me on the recommendation of the magistrate judge that plaintiff's dispositive motion (Doc No. 85) filed August 28, 2006 be denied.  Plaintiff has filed timely written objections to the magistrate judge's recommendation.  Defendant has filed response to the objections.  I have, therefore, reviewed the magistrate judge's recommendation *de novo* in light of the file and record in this case.  On *de novo* review I conclude that the magistrate judge's recommendation is correct.  Accordingly,

        IT IS ORDERED that plaintiff's dispositive motion (Doc No. 85) is DENIED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: November 24, 2006