IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

    Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.
_____

**ORDER**
_____

    This case is before me on the recommendation of the magistrate judge that: 1. Plaintiff's Motion for Injunctive Relief (MBTA) (Doc No. 54, filed March 24, 2006); 2. Plaintiff's Motion for Clarification Regarding Migratory Bird Treaty Act (MBTA) Request for Injunctive Relief (Doc No. 71, filed May 12, 2006); and 3. Plaintiff's Motion for Injunctive Relief (2nd MBTA) (Doc No. 82, filed August 4, 2006) be denied. The plaintiff has filed timely written objections to the magistrate judge's recommendations. Defendant has responded to the objections. I have, therefore, considered the recommendations of the magistrate judge *de novo* in light of the file and record in this case. On *de novo* review I conclude that the recommendations are correct. Accordingly,

    IT IS ORDERED: 1. Plaintiff's Motion for Injunctive Relief (MBTA) (Doc No. 54) is DENIED; 2. Plaintiff's Motion for Clarification Regarding Migratory Bird Treaty Act (MBTA) Request for Injunctive Relief (Doc No. 71) is DENIED; and 3. Plaintiff's Motion

for Injunctive Relief (2nd MBTA) (Doc No. 82) is DENIED.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: November 24, 2006