**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

    Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Request for Stay to File Appeal (Doc 120 - filed December 6, 2006), it is

ORDERED that the Motion is DENIED.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:   December 11, 2006