**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

      Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.

_____

**ORDER**
_____
___

      This case is before me on review of the Magistrate Judge's Order denying "Plaintiff's Request for Continuance to Obtain Discovery to Overcome Summary Judgment Motion " (Doc #121).  Plaintiff seeks leave to file her objection to the Magistrate Judge's Order one day late.  I will grant that motion and consider "Plaintiff's Response to Magistrate Order Denying Continuance to Obtain Discovery to Overcome Summary Judgment Motion" (Doc #146).

      Review is pursuant to Fed.R.Civ.P. 72(a).  Upon such review, I cannot conclude that the Magistrate Judge's order is either clearly erroneous or contrary to law.  Accordingly

      IT IS ORDERED that Plaintiff's Motion to File Objections to the Magistrate Judge's Order One Day Out of Time (Doc #145) is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff's Objections to the Magistrate Judge's Order are DENIED.

                            BY THE COURT:

                            ____s/Lewis T. Babcock_____
                            Lewis T. Babcock, Judge

DATED:   August 23, 2007