**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 04-cv-02140-LTB-BNB

MELODY RAMSEY,

       Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

       Defendant.

_____

**ORDER**
_____

On July 13, 2007, the Magistrate Judge entered and served his recommendation that Defendant's Motion for Summary Judgment on Plaintiff's remaining claim under the National Environmental Policy Act (Doc #113) be granted and that the complaint be dismissed in its entirety. I granted Plaintiff an extension of time to file objections to the Magistrate Judge's recommendation to and including August 19, 2007. On August 20, 2007, Plaintiff filed her motion to file objections to the Magistrate Judge's recommendation one day out of time. I will grant that motion and consider "Plaintiff's Motion for Reconsideration of Magistrate Order to Grant Summary Judgment Motion Without a Hearing and While Denying all Discovery to Pro Se Plaintiff on Improperly Denominated NEPA (sic) Claims" as objections to the Magistrate Judge's recommendation. I review the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Plaintiff's Motion to File Objections One Day Late (Doc #143) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment on Plaintiff's Remaining Claim Under the National Environmental Policy Act (Doc #113) is GRANTED and the above action is DISMISSED in its entirety.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   August 23, 2007